UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| NANCY C. BOWMAN, | ) |
| | ) |
| vs. | ) Case No. 07-0488-CV-W-RED-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social Security | ) |
| Administration | ) |
| | ) |

\_\_  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

Upon review of the record, the Court finds that substantial evidence on the record as a whole supports the Administrative Law Judge's findings in this case.  Accordingly, it is hereby

ORDERED that the decision of the Administrative Law Judge in partial denying disability benefits is **AFFIRMED**.

| | |
|---|---|
| July 25, 2008 | P. L. Brune |
| Date | Clerk |

| | |
|---|---|
| Entered on: July 28, 2008 | s/ Karen Siegert |
| | (By) Deputy Clerk |